

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2015

No. 04-15-00374-CV

**IN RE** Francisco J. **AGUERO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                  Rebeca C. Martinez, Justice
                  Luz Elena D. Chapa, Justice

On June 22, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 29, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29 day of June, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 1999CVG000760 C1, styled *In the Interest of F.J.A., A Child*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Hugo Martinez presiding.